**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** December 15, 2022 |
| **Case Number:** CV-20-01970-PHX-DJH | |
| **Indie Caps LLC v. Ackerman et al** | |

| APPEARANCES: | Plaintiff/Counter Defendant's Counsel | Defendant/Counter Claimant's Counsel |
|---|---|---|
| | Michael Craig McKay | Jeffrey Bradford |

**JURY TRIAL (Day 3):**

8:34 a.m. Court reconvenes. Counsel and parties present. Discussion held re: jury instructions. 8:41 a.m. Recess.

8:57 a.m. Court reconvenes. Counsel and parties present. 8:59 a.m. Jury present. Witness Adam Klein examined further. 9:08 a.m. Witness excused. Thomas Ackerman sworn and examined. Exhibit 83, 106, 68, and 2 are admitted. 10:04 a.m. Cross. 10:32 a.m. Recess.

10:51 a.m. Court reconvenes. Counsel and parties present. 10:53 a.m. Jury present. Witness examined further. 11:23 a.m. No redirect. Witness excused. Plaintiff/Counter Defendant rests. Defendant/Counter Claimant rests. 11:25 a.m. Jury released for a recess. Defendant makes an oral motion for a directed verdict. Argument heard. **IT IS ORDERED** denying the oral motion. 11:49 p.m. Recess.

12:04 p.m. Court reconvenes. Counsel and parties present. 12:07 p.m. Jury present and subsequently released for lunch. 12:10 p.m. Recess.

1:04 p.m. Court reconvenes. Counsel and parties present. 1:07 p.m. Jury present. Plaintiff's Closing Argument. 1:39 p.m. Defendant's Closing Argument. 2:01 p.m. Rebuttal. 2:07 p.m. Final Instructions read to the jury. 2.40 p.m. Jury of eight (8) retires to begin deliberations. Recess.

(2:40 p.m. Jury on recess prior to deliberations. 2:55 p.m. Jury begins deliberations. 3:20 p.m. Court is informed the Jury has a written question.)

3:47 p.m. Court reconvenes. Counsel and Plaintiff present. Defendant is not present. Jury question and response discussed. 3:49 p.m. Recess.

(3:50 p.m. Jury provided with written response to question. 4:09 p.m. Jury on recess. 4:12 p.m. Deliberations resume. 5:51 p.m. Court is informed the Jury has a verdict.)

5:56 p.m. Court reconvenes. Counsel and parties present. Jury present. Verdict reviewed by the Court and read by the Courtroom Deputy. Jury finds in favor of Plaintiff in the total amount of $3,250,000.00.

| | |
|---|---:|
| **CV-20-01970-PHX-DJH** | **December 13, 2022** |
| **Indie Caps LLC v. Ackerman et al** | Page 2 of 2 |

5:57 p.m. Jury is released with the gratitude of the Court. **IT IS ORDERED** directing the Clerk of Court to enter judgment accordingly. 6:08 p.m. Recess.

Deputy Clerk: Liliana Figueroa
Court Reporter: Hilda Lopez

**Start: 8:34 AM**
**Stop:  6:08 PM**
**Total: 2 hrs. 28 min.**