UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

DEC 1 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ✔ Jury Trial

Case Number 2:20-CV-01970  Judge Code ___  Date 12/12/2022

INDIE CAPS, LLC vs. THOMAS P. ACKERMAN

☐ Plaintiff/Petitioner ✔ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| THOMAS P. ACKERMAN | 12/15/22 | 12/15/22 |
| ADAM KLEIN | | |
| DEMETRIUS ROBINSON | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |