✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Indie Caps LLC, | No. CV-20-01970-PHX-DJH |
| Plaintiff, | **JUROR QUESTIONS/COURT'S ANSWERS DURING JURY DELIBERATIONS** |
| v. | |
| Thomas P. Ackerman, | |
| Defendant. | |

# JURY QUESTION

Date: 12/15/22
Caption: Unjust enrichment
Case No.: 2:20-CV-01970-DJH

QUESTION: "Unjust enrichment question"
line #10
↳ "the jury finds that no contract exists between the parties."
Question: who are the parties?

3
Juror Number

RESPONSE:
The parties are Plaintiff, Indie Caps, LLC and Defendant/Counterclaimant, Thomas P. Ackerman, as noted on the captions on the Jury Instructions and Verdict Form.

Honorable Diane J. Humetewa
United States District Judge