# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Indie Caps LLC, <br><br> Plaintiff/Counter Defendant, <br><br> v. <br><br> Thomas P Ackerman, <br><br> Defendant/Counter Claimant. | NO. CV-20-01970-PHX-DJH <br><br> **AMENDED JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Jury's Verdict filed December 15, 2022, judgment is entered in favor of Plaintiff and against Defendant in the amount of $3,250,000.00. Counter Claimant to take nothing and this action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

December 15, 2022

By  s/ L. Figueroa
    Deputy Clerk