**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Indie Caps LLC, | No. CV-20-01970-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas P Ackerman, et al., | |
| Defendants. | |

On January 6, 2023, Defendant filed a Motion to Hold Demetrius Robinson ("Robinson") in Contempt of Court (Doc. 91). Demetrius Robinson was listed on Defendant's Witness List (Doc. 83) but did not appear or testify at the jury trial proceedings held on December 13–15, 2022. (Docs. 77–79). Thus, Defendant requests that the Court hold Robinson in contempt under Rule 45 of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 45(g) (providing that a court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it").

The appropriate time to raise a witness's non-responsiveness to a trial subpoena is at or near the conclusion of trial. Although Defendant's counsel inferred he was uncertain of Robinson's appearance at trial during the Final Pretrial Conference held on September 14, 2022 (Doc. 64), he made no effort to seek any court intervention prior to or at any time during the trial proceedings. Nor does Defendant make any legal argument in his Motion. Moreover, this case has concluded, and judgment is entered. (Docs. 87; 89). Defendant's request is therefore untimely.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Hold Demetrius Robinson in Contempt of Court (Doc. 91) is **DENIED.**

Dated this 11th day of January, 2023.

Honorable Diane J. Humetewa
United States District Judge